■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GREGG GRATES, Respondent. (Appeal No. 2.) [885 NYS2d 921]— Appeal from an order of the Oneida County Court (Charles C. Merrell, A.J.), entered October 27, 2008. The order denied the motion of the People for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Auslander*, 169 AD2d 853, 854 [1991]). Present— Scudder, P.J., Martoche, Peradotto, Carni and Gorski, JJ.